IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

SCHAFFER LOGGING, LLC, an Oregon
Limited Liability Company,

                     Plaintiff,

v.

COMMONWEALTH INSURANCE
COMPANY OF AMERICA, an Oregon
Corporation,

                     Defendant.

Civil No. 06-6208-TC

O R D E R

Magistrate Judge Coffin filed his Findings and Recommendation on November 17, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

Dated this 13 day of December, 2006.

                                                    /s/ Ann Aiken
                                                 Ann Aiken, United States District Judge

Order -- Page 1